E-FILED
Friday, 03 December, 2004 04:05:56 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 03-30114 |
| | ) | |
| SUARAWU AMUDA, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO CONTINUE SENTENCING HEARING

Now comes the Defendant, SUARAWU AMUDA, by his attorney Douglas J. Beevers, and moves this Court to continue the sentencing hearing for a sufficient time for the Probation Office and the Government to effectively respond to any objections. In support defendant states as follows:

1. This cause is scheduled for a sentencing hearing on Tuesday, December 14, 2004. Any objections to the presentence report (PSR) were due to be filed in the U.S. Probation Office by June 24, 2004.

2. On June 24, 2004 the Supreme Court of the United States issued an opinion in *Blakely v. Washington*, 2004 WL 1402697, which requires courts to apply the rule announced in *Apprendi v. New Jersey*, 530 U.S. 466, 490 (2001), i.e., that any fact that increases the penalty for a crime beyond the statutory maximum, other than the fact of a prior conviction, must be submitted to a jury and proved beyond a reasonable doubt.

3. Under *Blakely*, the relevant statutory maximum for *Apprendi* purposes is the maximum a judge may impose based solely on the facts reflected in the jury verdict or admitted by the defendant.

4. The *Blakely* decision is now being carefully reviewed by the Office of the Federal

Public Defender to determine whether and to what extent it applies to the instant sentencing.

5. Additionally, The Federal Public Defender's Office Annual Christmas Party is scheduled for December 14, 2004, in Peoria, Illinois.

6. The Government by AUSA David Risley has no objection to the continuance.

7. Because of these, defendant requests additional time for the setting of a new sentencing date. A continuance of sentencing will allow the Government and the Probation Office sufficient time to frame the issues for an orderly resolution of *Blakely's* applicability. The ends of justice will best be served by allowing additional time to submit any objections to the PSR and to prepare for sentencing.

WHEREFORE, Defendant respectfully requests the entry of an Order continuing the sentencing hearing to sometime after January 1, 2004 in order to give the Probation Office and the Government sufficient time to properly frame the issues for this court.

Respectfully submitted,

RICHARD H. PARSONS,
Chief Federal Public Defender,

By:   s/ Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: douglas_beevers@fd.org

PROOF OF SERVICE

      I hereby certify that on December 3, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA David Risley  
Office of the United States Attorney  
318 S. Sixth Street  
Springfield, IL 62701

                                              By:  s/ Douglas J. Beevers