IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CRIMINAL NO. 03-30114 |
| SUARAWU OLADEJO AMUDA, ) a/k/a "Dejo" Amuda, ) | |
| Defendant. ) | |

## JOINT MOTION TO CONTINUE SENTENCING

The United States of America, by its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Assistant United States Attorney David E. Risley, and the defendant, Suarawu Oladejo Amuda, by his attorney, Douglas J. Beevers, jointly move for a continuance of the sentencing hearing in this case, and state:

1. The sentencing hearing is currently scheduled for January 3, 2005.

2. That hearing has been previously continued due to *Blakely/Booker* issues that cannot be fairly resolved until after the Supreme Court issues its opinion in *Booker*, which has not yet happened.

3. Hopefully, the *Booker* opinion will be announced in mid-January.

4. The defendant's attorney, Douglas J. Beevers, has orally authorized the filing of this joint motion by the government.

WHEREFORE, it is requested that the sentencing hearing be continued until late January or early February.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY


s/ David E. Risley
David E. Risley, Illinois Bar No. 6180387
Assistant United States Attorney
318 South Sixth Street
Springfield, IL  62701
Telephone:  (217) 492-4450
Fax: (217) 492-4512
david.risley@usdoj.gov

RICHARD H. PARSONS
CHIEF FEDERAL DEFENDER


 /s   Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, IL  62701
Telephone:  (217) 492-5070
Fax: (217) 492-5077
douglas_beevers@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on <u>December 30, 2004</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Douglas J. Beevers
    Attorney for the Defendant

                                      s/ David E. Risley
                                      David E. Risley, Illinois Bar No. 6180387
                                      Assistant United States Attorney
                                      318 South Sixth Street
                                      Springfield, IL 62701
                                      (217) 492-4450
                                      Fax: (217) 492-4512
                                      david.risley@usdoj.gov