E-FILED
Wednesday, 16 February, 2005  03:44:50 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 03-30114 |
| ) | |
| SUARAWU AMUDA, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO CONTINUE SENTENCING HEARING**

Now comes the Defendant, SUARAWU AMUDA, by his attorney Douglas J. Beevers, and moves this Court to continue the sentencing hearing in this cause. In support thereof, defendant states the following:

1. This cause is scheduled for a sentencing hearing on Monday, February 28, 2005 at 4:00 p.m.;

2. The parties are engaged in negotiations of a sentencing agreement which it is hoped will resolve the one remaining objection to the pre-sentence report without the need for a contested evidentiary hearing. The remaining objection involves a 10 level increase in guideline offense level for relevant conduct;

3. The Government by AUSA David Risley has no objection to the continuance.

WHEREFORE, Defendant respectfully requests the entry of an Order continuing the sentencing hearing approximately 2 - 3 weeks to review a proposed sentencing agreement or as soon thereafter as convenient to the Court.

                          Respectfully submitted,

                          RICHARD H. PARSONS,
                          Chief Federal Public Defender,

              By:   s/ Douglas J. Beevers
                     Douglas J. Beevers
                     Assistant Federal Defender
                     600 East Adams Street, 2nd Floor
                     Springfield, Illinois 62701
                     Telephone: (217) 492-5070
                     Fax: (217) 492-5077
                     E-mail: douglas_beevers@fd.org


## PROOF OF SERVICE

I hereby certify that on February 16, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA David Risley
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701

                          By:   s/ Douglas J. Beevers