E-FILED
Thursday, 24 February, 2005   10:43:00 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 03-30114 |
| | ) | |
| SUARAWU AMUDA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Court now considers Defendant Suarawu Amuda's Motion to Continue Sentencing Hearing. In support thereof, Defendant states:

1. This cause is scheduled for a sentencing hearing on Monday, February 28, 2005, at 4:00 p.m.;

2. The parties are engaged in negotiations of a sentencing agreement which it is hoped will resolve the one remaining objection to the pre-sentence report without the need for a contested evidentiary hearing. The remaining objection involves a 10 level increase in guideline offense level for relevant conduct;

3. The Government by AUSA David Risley has no objection to the

continuance.

ERGO, Defendant's Motion to Continue Sentencing Hearing (d/e 24) is ALLOWED. The Sentencing Hearing is RESCHEDULED for March 14, 2005, at 4:00 p.m.

IT IS SO ORDERED.

ENTER: February 23, 2005

FOR THE COURT:

                                                s/ Richard Mills
                                   United States District Judge