UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 03-30114 |
| ) | |
| SUARAWU AMUDA, ) | |
| ) | |
| Defendant. ) | |

### MOTION TO CONTINUE SENTENCING HEARING

Now comes the Defendant, SUARAWU AMUDA, by his attorney Douglas J. Beevers, and moves this Court to continue the sentencing hearing in this cause. In support thereof, defendant states the following:

1. This cause is scheduled for a sentencing hearing on Monday, March 14, 2005 at 4:00 p.m.;

2. Defense counsel had arranged for medical leave for the date which the court has just set for sentencing in this case. Defendant will be unable to reschedule the medical appointment since it is with a specialist in St. Louis who needs approximately 2 months notice to set appointments;

3. A continuance of one week would be enough, but defense counsel is available for all of the other Mondays in March and April.

4. The Government by AUSA David Risley has no objection to the continuance.

WHEREFORE, Defendant respectfully requests the entry of an Order continuing the sentencing hearing approximately 1 week or as soon thereafter as convenient to the Court.

        Respectfully submitted,

        RICHARD H. PARSONS,
        Chief Federal Public Defender,

By: s/ Douglas J. Beevers
    Douglas J. Beevers
    Assistant Federal Defender
    600 East Adams Street, 2nd Floor
    Springfield, Illinois 62701
    Telephone: (217) 492-5070
    Fax: (217) 492-5077
    E-mail: douglas_beevers@fd.org


## PROOF OF SERVICE

  I hereby certify that on March 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA David Risley
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701


        By: s/ Douglas J. Beevers