E-FILED
Thursday, 10 March, 2005  11:07:00 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| vs.    ) | No. 03-30114 |
| ) | |
| SUARAWU AMUDA,    ) | |
| ) | |
| Defendant.    ) | |

### ORDER

The Court now considers Defendant Suarawu Amuda's Motion to Continue Sentencing Hearing. In support thereof, Defendant states:

1. Defense Counsel has a doctor's appointment that conflicts with the existing date of the Sentencing Hearing;

2. The Government does not object to a continuance.

*Ergo*, Defendant's Motion to Continue Sentencing Hearing (d/e 26) is ALLOWED. The Sentencing Hearing is RESCHEDULED for April 4, 2005, at 1:00 p.m.

IT IS SO ORDERED.

1

ENTER: March 9, 2005

FOR THE COURT:

                                                s/ Richard Mills
                                     United States District Judge