**E-FILED**
Wednesday, 30 March, 2005 02:27:31 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 03-30114 |
| | ) | |
| SUARAWU AMUDA, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

Now comes the Defendant, SUARAWU AMUDA, by his attorney Douglas J. Beevers, and moves this Court to continue the sentencing hearing in this cause. In support thereof, defendant states the following:

1. This cause is scheduled for a sentencing hearing on Monday, April 4, 2005 at 1:30 p.m.;

2. Attorney Douglas Beevers is currently scheduled for trial that starts Monday, April 4, 2005, in United States v. Wesley Mitchell, case #05-30005 before the Honorable Judge Scott;

3. Because Mr. Amuda's sentencing hearing is contested on an issue which could result in a 10 year increase in his guideline range, Defense counsel cannot substitute other counsel from his office;

4. Defense counsel has no other cases which are likely to go to trial until June;

5. The Government by AUSA David Risley has no objection to the continuance.

WHEREFORE, Defendant respectfully requests the entry of an Order continuing the sentencing hearing and rescheduling as convenient to the Court.

Respectfully submitted,

RICHARD H. PARSONS,
Chief Federal Public Defender,

By:   s/ Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: douglas_beevers@fd.org

PROOF OF SERVICE

I hereby certify that on March 30, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA David Risley
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701

By:   s/ Douglas J. Beevers