E-FILED
Thursday, 31 March, 2005  02:34:41 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 03-30114 |
| ) | |
| SUARAWU AMUDA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

RICHARD MILLS, U.S. District Judge:

The Court now considers Defendant Suarawu Amuda's Motion to Continue Sentencing Hearing. In support thereof, Defendant states:

1. This cause is scheduled for a sentencing hearing on Monday, April 4, 2005 at 1:30 p.m.;

2. Attorney Douglas Beevers is currently scheduled for trial that starts Monday, April 4, 2005, in United States v. Wesley Mitchell, case #05-30005 before Judge Scott;

3. Because Mr. Amuda's sentencing hearing is contested on an

1

issue which could result in a 10 year increase in his guideline range, Defense counsel cannot substitute other counsel from his office;

    4. Defense counsel has no other cases which are likely to go to trial until June;

    5. The Government by AUSA David Risley has no objection to the continuance.

    *Ergo*, Defendant's Motion to Continue Sentencing Hearing (d/e 28) is ALLOWED. The Sentencing Hearing is RESCHEDULED for May 16, 2005, at 1:30 p.m.

    IT IS SO ORDERED.

    ENTER: March 31, 2005

    FOR THE COURT:

                                 s/ Richard Mills
                              United States District Judge