E-FILED
Tuesday, 05 April, 2005 02:40:33 PM
Clerk, U.S. District Court, ILCD

RECEIVED

APR - 4 2005

RICHARD MILLS
U.S. DISTRICT JUDGE
IN CHAMBERS
SPRINGFIELD, IL

To: The Honorable Richard Mills
U.S. District Judge
1650 N. 5th St.
Springfield, IL 62701

March 25, 2005

My Name is Soarawu O. Amuda Jr., and I'm the defendant in case No. 03-30114-001. I'm writing you because I feel that on my Pre-Trial date I did not behave properly in court. At the time I was very confused and unprepared. To be honest I did not have total control of my character. I didn't speak has clearly has I should of, because I was in fear of you. I felt I was being rushed into something I never understood totally.

I respect Mr. Douglas Beevers has my counsel, but sometimes I feel like he's not doing enough for me. I've only had one chance to go over my Discovery with my counsel, before my Pre-Trial Hearing. I requested that my counsel send me certain part's of my Discovery numerous times, and never recieved any of it. He also told me I couldn't have a complete copy of it.

I believe I have a mental and social problem that has been undiscovered. Because of my problem it is hard for Mr. Beevers

to understand me. I'm not capable of expressing myself mentally and socially. It's hard for me to make good decision's. Because of my downfall, I've never truly understood how much of what I've gotten myself into, or what I'm facing.

I know I've got off to a rocky start. I don't know how much my case I can concern you about, but I would like you to know people are, and have been, taking advantage of my mental state. They implicate me has being a much more violent and corruptive individual then I am. I admit to being guilty of somethings, but I believe my charges are wrong. I don't feel I had a choice to what I pleaded Guilty too. I have issue's that I would like the Court to recognize. I would like to come to agreement with Mr. David Risley, and give substantial assistance with anything he would like to know. I fully understand that this is your courtroom and you have the power. What you say goes. The next day we meet I will display more character.

Yours very truly,

Suarawu Oledejo Amuda Jr.