E-FILED
Thursday, 07 April, 2005 09:18:33 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 03-30114 |
| ) | |
| SUARAWU AMUDA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

RICHARD MILLS, U.S. District Judge:

The Defendant recently sent a letter to the Court. <u>See</u> d/e 30. Ex parte communications such as this are strictly prohibited. So long as the Defendant has counsel, as he does here, any issue he wishes to raise must be done via his attorney.

<u>Ergo</u>, the Defendant is ordered to refrain from attempting any ex parte communications.

IT IS SO ORDERED.

ENTER: April 6, 2005

FOR THE COURT:

s/ Richard Mills
United States District Judge