E-FILED
Thursday, 12 May, 2005  05:29:33 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-30114 |
| ) | |
| SUARAWU OLADEJO AMUDA, ) | |
| a/k/a "Dejo" Amuda, ) | |
| ) | |
| Defendant. ) | |

## JOINT POSITION REGARDING SENTENCING FACTORS

The United States of America, by its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Assistant United States Attorney David E. Risley, and the defendant, Suarawu Oladejo Amuda, by his attorney, Douglas J. Beevers, jointly take the following position regarding sentencing factors:

1.  The parties agree that the amount of cocaine base ("crack") and its cocaine equivalent for which the defendant should be held liable as relevant conduct under the United States Sentencing Guidelines is at least 35 grams but less than 50 grams. Pursuant to United States Sentencing Guidelines Section 2D1.1(c)(5), the resulting base offense level for the drug charge in count 3 should be level 30.

2.  That position is taken as a compromise, which the parties deem to be reasonable, between the evidentiary and legal positions that would be taken by the parties in a contested hearing, on which reasonable minds could differ. Because the resolution of the contested factual issues is

subject to uncertainty for both parties, and because ultimate resolution of the defendant's legal arguments is uncertain due to a lack of definitive guidance in current Seventh Circuit case law, the parties believe that this agreed resolution of the issues is in the best interests of both the defendant and the public, and consistent with the proper administration of justice.

3. PSR ¶¶ 15 and 27 should be amended to reflect that the amount of cocaine base ("crack") and its cocaine equivalent for which the defendant should be held liable as relevant conduct is at least 35 grams but less than 50 grams.

4. PSR ¶¶ 27, 33, 35, and 38 should be amended to reflect a base offense level of 30, rather than 36.

5. PSR ¶ 36 should be amended to reflect 1/2 unit for Group 1, rather than 0, since, pursuant to U.S.S.G. § 3D1.4(b), the offense level for Group 1 is six levels less serious than that for Group 2.

6. PSR ¶ 37 should be amended to reflect a total number of units of 1 1/2, rather than 1.

7. PSR ¶ 39 should be amended, pursuant to U.S.S.G. § 3D1.4, to reflect an increase of offense level of 1, rather than none.

8. PSR ¶ 40 should be amended to reflect a combined adjusted offense level of 31, rather than 36.

9. PSR ¶¶ 42, 44, and 132 should be amended to reflect a total offense level of 28, rather than 33.

10. PSR ¶ 132 should be amended to reflect a guideline imprisonment range of 130 to 162 months, rather than 210 to 262 months.

11. If this agreed position is accepted and adopted by the Court, then the defendant will withdraw all objections to the resulting Presentence Investigation Report ("PSR").

12. If this agreed position is accepted and adopted by the Court, then the government will recommend a sentence of 130 months of imprisonment.

WHEREFORE, it is requested that this agreed position of the parties regarding sentencing factors be accepted and adopted by the Court.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

s/ David E. Risley
David E. Risley, Illinois Bar No. 6180387
Assistant United States Attorney
318 South Sixth Street
Springfield, IL  62701
Telephone:  (217) 492-4450
Fax: (217) 492-4512
david.risley@usdoj.gov

RICHARD H. PARSONS
CHIEF FEDERAL DEFENDER

/s  Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, IL  62701
Telephone:  (217) 492-5070
Fax: (217) 492-5077
douglas_beevers@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on <u>May 12, 2005</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Douglas J. Beevers
>Attorney for the Defendant

>><u>s/ David E. Risley</u>
>>David E. Risley, Illinois Bar No. 6180387
>>Assistant United States Attorney
>>318 South Sixth Street
>>Springfield, IL 62701
>>(217) 492-4450
>>Fax: (217) 492-4512
>>david.risley@usdoj.gov