UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal No. 03-30114 |
| SUARAWU OLADEJO AMUDA, | ) |
| Defendants. | ) |

NOTICE OF APPEAL

Notice is hereby given that the Defendant, SUARAWU OLADEJO AMUDA, appeals to the United States Court of Appeals for the Seventh Circuit the sentence imposed in open court on May 16, 2005 and memorialized in the Judgment in a Criminal Case filed on May 20, 2005.

Respectfully submitted,

Richard H. Parsons
Chief Federal Public Defender

BY:   s/ Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: douglas_beevers@fd.org

PROOF OF SERVICE

      I hereby certify that on May 27, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA David Risley
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701

                              By:  s/ Douglas J. Beevers
                                  Douglas J. Beevers
                                  Assistant Federal Defender
                                  600 East Adams Street, 2nd Floor
                                  Springfield, Illinois  62701
                                  Telephone: (217) 492-5070
                                  Fax: (217) 492-5077
                                  E-mail: douglas_beevers@fd.org