**E-FILED**
Friday, 27 May, 2005  04:00:40 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal No.  03-30114 |
| | ) | |
| SUARAWU OLADEJO AMUDA, | ) | |
| | ) | |
| Defendants. | ) | |

### CIRCUIT RULE 3(C) DOCKETING STATEMENT

Now comes the Defendant, SUARAWU OLADEJO AMUDA, by his attorney, Douglas J. Beevers, and, pursuant to Circuit Rule 3(c), submits the following docketing statement:

1.  The jurisdiction of the United States District Court for the Central District of Illinois is founded upon Title 18 U.S.C. § 3231.

2.  The jurisdiction of the United States Court of Appeals for the Seventh Circuit is founded upon Title 28 U.S.C. § 1291 and is based on the following particulars:

    i.   Date of entry of judgement sought to be reviewed:  Sentence imposed in open court on May 16, 2005 and memorialized in the Judgment in a Criminal Case filed on May 20, 2005;

    ii.  Filing date of motion for new trial:  N/A;

    iii. Disposition of motion and date of entry:  N/A;

    iv.  Filing date of notice of appeal: May 27, 2005.

                      RICHARD H. PARSONS,
                      Chief Federal Public Defender,

By:  s/ Douglas J. Beevers
      Douglas J. Beevers
      Assistant Federal Defender
      600 East Adams Street, 2nd Floor
      Springfield, Illinois  62701
      Telephone: (217) 492-5070
      Fax: (217) 492-5077
      E-mail: douglas_beevers@fd.org

PROOF OF SERVICE

I hereby certify that on May 27, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA David Risley
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701

By:  s/ Douglas J. Beevers
      Douglas J. Beevers
      Assistant Federal Defender
      600 East Adams Street, 2nd Floor
      Springfield, Illinois  62701
      Telephone: (217) 492-5070
      Fax: (217) 492-5077
      E-mail: douglas_beevers@fd.org