UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal No. 03-30114 |
| | ) |
| SUARAWU OLADEJO AMUDA, | ) |
| | ) |
| Defendants. | ) |

## DISCLOSURE STATEMENT

The undersigned counsel for Defendant-Appellant furnishes the following list in compliance with Federal Rule of Appellate Procedure 26.1:

1. The full name of every party or amicus the attorney represents in the case:

    Suarawu Oladejo Amuda.

2. Said party is not a corporation.

3. The names of all law firms whose partners or associates have appeared for a party in the District Court or are expected to appear for the party in the case: Douglas J. Beevers of the Federal Public Defender's Office for the Central District of Illinois.

RICHARD H. PARSONS,
Chief Federal Public Defender,

By:  s/ Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: douglas_beevers@fd.org

PROOF OF SERVICE

      I hereby certify that on May 27, 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA David Risley  
Office of the United States Attorney  
318 S. Sixth Street  
Springfield, IL 62701

                        By:  s/ Douglas J. Beevers  
                              Douglas J. Beevers  
                              Assistant Federal Defender  
                              600 East Adams Street, 2nd Floor  
                              Springfield, Illinois  62701  
                              Telephone: (217) 492-5070  
                              Fax: (217) 492-5077  
                              E-mail: douglas_beevers@fd.org