E-FILED
Thursday, 02 June, 2005  04:18:52 PM
Clerk, U.S. District Court, ILCD

# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District:                                          Docket No.:

Division:

**Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)**

v.

---

**Current Counsel for Plaintiff (Petitioner):**        **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name:                                              Name:

Firm:                                              Firm:

Address:                                           Address:



Phone:                                             Phone:

---

Judge:                                             Nature of Suit Code:

Court Reporter:                                    Date Filed in District Court:

                                                   Date of Judgment:

                                                   Date of Notice of Appeal:


Counsel:    ___Appointed       ___Retained       ___Pro Se

Fee Status:     ___Paid     ___Due     ___IFP     ___IFP Pending     ___U.S.     ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     ___Yes     ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**