## UNITED STATES COURT OF APPEALS
### SEVENTH CIRCUIT

GINO J. AGNELLO
CLERK

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

TELEPHONE
(312) 435-5850

FILED
JUN 0 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:  District Court Clerk's Office

RE:  Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:   05-2612            Docketed on: 6/3/05
Short Caption:         USA v. Amuda, Suarawu O
District Court Judge:  Richard  Mills
District Court No.:    03 CR 30114

If you have any questions regarding this appeal, please call this office.

(1003-012490)