E-FILED
Friday, 15 July, 2005   01:18:59 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028

July 15, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN: ERIC FROST

RE: USA v. Suarawu Oladejo Amuda
D. C. Docket No. 03-30114
U. S. C. A. Docket No. 05-2612

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

ONE Volume of Pleadings
ONE Volume of Transcripts
Other (specify): FOUR (4) Sealed Documents

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY:_____
Deputy Clerk

# U.S. District Court
## Central District of Illinois (Springfield)
### CRIMINAL DOCKET FOR CASE #: 3:03-cr-30114-RM-ALL
### Internal Use Only

Case title: USA v. Amuda
Magistrate judge case numbers: 3:03-mj-03076
                                      3:03-mj-03077

Date Filed: 12/05/2003

Assigned to: Judge Richard Mills

**Defendant**

**Suarawu Oladejo Amuda** (1)
*TERMINATED: 05/20/2005*
*also known as*
Dejo Amuda
*TERMINATED: 05/20/2005*

represented by **Douglas John Beevers**
FEDERAL PUBLIC DEFENDER
600 E Adams
2nd Floor
Springfield, IL 62701
217-492-5070
Fax: 217-492-5077
Email: douglas_beevers@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Karl W Bryning**
FEDERAL PUBLIC DEFENDER
Suite 1500
401 Main St
Peoria, IL 61602
309-671-7891
Fax: 309-671-7898
Email: Karl_Bryning@fd.org
*TERMINATED: 02/24/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

18:922(o)(1) - On or about January 9,
2003 at Springfield, Illinois, defendant
knowingly possessed a machine gun, in

**Disposition**

Defendant sentenced to 120 months
Imprisonment on Counts 1 and 2 and
130 months Imprisonment on Count 3
to run concurrently; 3 years supervised

violation of 18:922(o)(1)
(1)

18:922G.F UNLAWFUL
TRANSPORT OF FIREARMS, ETC. -
On or about January 9, 2003 at
Springfield, Illinois, defendant was a
felon in possession of a firearm in
violation of 18:922(g)(1)
(2)

21:841A=ND.F DISTRIBUTION OF
NARCOTICS - On or about September
10, 2003 at Springfield, Illinois,
defendant knowingly and intentionally
distributed cocaine base "crack" in
violation of 21:841(a)(1) and 841(b)(1)
(B)
(3)

release on Counts 1 and 2 and 8 years
supervised release on Count 3 to run
concurrently and a $300 special
assessment.

Defendant sentenced to 120 months
Imprisonment on Counts 1 and 2 and
130 months Imprisonment on Count 3
to run concurrently; 3 years supervised
release on Counts 1 and 2 and 8 years
supervised release on Count 3 to run
concurrently and a $300 special
assessment.

Defendant sentenced to 120 months
Imprisonment on Counts 1 and 2 and
130 months Imprisonment on Count 3
to run concurrently; 3 years supervised
release on Counts 1 and 2 and 8 years
supervised release on Count 3 to run
concurrently and a $300 special
assessment.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

On or about September 10, 2003 in
Sangamon county, defendant knowingly
and intentionally distributed five or
more grams of cocaine base ("crack") in
violation of 21:841(a)(1) [ 3:03-m -
3076 ]

**Disposition**

Defendant sentenced to 120 months
Imprisonment on Counts 1 and 2 and
130 months Imprisonment on Count 3
to run concurrently; 3 years supervised
release on Counts 1 and 2 and 8 years
supervised release on Count 3 to run
concurrently and a $300 special
assessment.

**Plaintiff**

USA                                         represented by **David E Risley**
                                                           US ATTY
                                                           318 S Sixth

Springfield, IL 62701-1806
(217) 492-4450
Fax: 492-4512
Email: david.risley@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2003 | 1 | COMPLAINT Suarawu Oladejo Amuda (1) count(s) cmp before Mag. Judge Charles H. Evans [ 3:03-m -3076 ] (MR, ilcd) (Entered: 11/24/2003) |
| 11/21/2003 | 2 | ARREST Warrant issued for Suarawu Oladejo Amuda by Mag. Judge Charles H. Evans [ 3:03-m -3076 ] (MR, ilcd) (Entered: 11/24/2003) |
| 11/21/2003 | 3 | CJA Form 23 (Financial Affidavit) as to Suarawu Oladejo Amuda [ 3:03-m -3076 ] (MR, ilcd) (Entered: 11/24/2003) |
| 11/21/2003 |  | MINUTES: before Mag. Judge Charles H. Evans. INITIAL APPEARANCE. AUSA David Risley present for Government. Defendant Suarawu Amuda present in custody. Defendant advised of charges against him. Court reviews financial affidavit of Defendant. Financial Affidavit filed of record. Court finds Defendant indigent. Court appoints Assistant Federal Public Defender Karl Bryning as attorney for Defendant. Attorney Bryning present and accepts appointment. Defendant advised of his rights. Government moves for detention. Detention hearing set for 11/25/2003 at 10:00 a.m. before Judge Cudmore. Preliminary hearing set for 11/25/2003 at 10:00 a.m. before Judge Cudmore. Defendant remanded to the custody of USM. (cc: all counsel, USM and USPO) [ 3:03-m -3076 ] (AJ, ilcd) (Entered: 11/24/2003) |
| 11/21/2003 | 1 | COMPLAINT Suarawu Oladejo Amuda (1) count(s) cmp before Mag. Judge Charles H. Evans [ 3:03-m -3077 ] (MR, ilcd) (Entered: 11/24/2003) |
| 11/21/2003 | 2 | ARREST Warrant issued for Suarawu Oladejo Amuda by Mag. Judge Charles H. Evans [ 3:03-m -3077 ] (MR, ilcd) (Entered: 11/24/2003) |
| 11/21/2003 | 3 | CJA Form 23 (Financial Affidavit) as to Suarawu Oladejo Amuda [ 3:03-m -3077 ] (MR, ilcd) (Entered: 11/24/2003) |
| 11/21/2003 |  | MINUTES: before Mag. Judge Charles H. Evans. INITIAL APPEARANCE. AUSA David Risley present for Government. Defendant Suarawu Amuda present in custody. Defendant advised of charges against him. Court reviews financial affidavit of Defendant. Financial Affidavit filed of record. Court finds Defendant indigent. Court appoints Assistant Federal Public Defender Karl Bryning as attorney for Defendant. Attorney Bryning present and accepts appointment. Defendant advised of his rights. Government moves for detention. Detention hearing set for 11/25/2003 at 10:00 a.m. before Judge |

|  |  |  |
|---|---|---|
|  |  | Cudmore. Preliminary hearing set for 11/25/2003 at 10:00 a.m. before Judge Cudmore. Defendant remanded to the custody of the USM. (cc: all counsel, USM, USPO) [ 3:03-m -3077 ] (AJ, ilcd) (Entered: 11/24/2003) |
| 11/24/2003 |  | MINUTES: before Mag. Judge Byron G. Cudmore. Preliminary and detention hearing set 11/25/03 CANCELLED and RESET to Wednesday, 11/26/03 at 11:00 a.m. (cc: all counsel, USM, USPO) [ 3:03-m -3076 ] (MR, ilcd) (Entered: 11/24/2003) |
| 11/24/2003 |  | MINUTES: before Mag. Judge Byron G. Cudmore. Preliminary and detention hearing set 11/25/03 at 10:00 a.m. is CANCELLED and RESET to 11/26/03 at 11:00 a.m. (cc: all counsel, USM, USPO) [ 3:03-m -3077 ] (MR, ilcd) (Entered: 11/24/2003) |
| 11/26/2003 |  | MINUTES: before Mag. Judge Byron G. Cudmore. Preliminary and detention hearing held. AUSA David Risley present on behalf of the Govt. Dft Suarawu Amuda present in custody with Assistant Federal Public Defender Karl Bryning. Parties proffer regarding probable cause and detention. Court finds probable cause. Dft advised of his procedural rights. Court finds clear and convincing evidence that dft should be detained. Dft ordered detained and remanded to the custody of the US Marshals. The Govt is ordered to file a proposed Order of Detention. (cc: all counsel, USM, USPO) [ 3:03-m -3076 ] (MR, ilcd) (Entered: 11/26/2003) |
| 11/26/2003 |  | MINUTES: before Mag. Judge Byron G. Cudmore. Preliminary and detention hearing held. AUSA David Risley present on behalf of the Govt. Dft Suarawu Amuda present in custody with Assistant Federal Public Defender Karl Bryning. Parties proffer regarding probable cause and detention. Court finds probable cause. Dft advised of his procedural rights. Court finds clear and convincing evidence that dft should be detained. Court orders dft detained and remanded to the custody of the US Marshals. The Govt is ordered to file a proposed Order of Detention. (cc: all counsel, USM, USPO) [ 3:03-m -3077 ] (MR, ilcd) (Entered: 11/26/2003) |
| 11/26/2003 | 4 | ARREST Warrant returned executed as to Suarawu Oladejo Amuda 11/20/03 [ 3:03-m -3076 ] (MC, ilcd) (Entered: 12/01/2003) |
| 11/26/2003 | 4 | ARREST Warrant returned executed as to Suarawu Oladejo Amuda 11/20/03 [ 3:03-m -3077 ] (MC, ilcd) (Entered: 12/01/2003) |
| 12/01/2003 |  | Docket Modification (Utility Event) excludable stopped. Defendant arrested. [ 3:03-m -3076 ] (MC, ilcd) (Entered: 12/01/2003) |
| 12/01/2003 |  | Docket Modification (Utility Event) Stopping XM. Defendant arrested 11/20/03. [ 3:03-m -3077 ] (MC, ilcd) (Entered: 12/01/2003) |
| 12/03/2003 | 5 | NOTICE by plaintiff USA of filing proposed detention order [ 3:03-m -3076 ] (BR, ilcd) (Entered: 12/03/2003) |
| 12/04/2003 | 5 | NOTICE by plaintiff USA of filing proposed detention order [ 3:03-m -3077 ] (MC, ilcd) (Entered: 12/05/2003) |

| | | |
|---|---|---|
| 12/05/2003 | 6 | INDICTMENT by AUSA David E Risley. Counts filed against Suarawu Oladejo Amuda (1) count(s) 1, 2, 3 (MC, ilcd) (Entered: 12/08/2003) |
| 12/08/2003 | | MINUTES: before Mag. Judge Byron G. Cudmore arraignment set for 12/19/03 at 3:30 p.m. (cc: all counsel, USPO, USM) (MC, ilcd) (Entered: 12/08/2003) |
| 12/08/2003 | 7 | ORDER of Detention of Suarawu Oladejo Amuda pending trial by Judge Richard Mills (cc: all counsel, USPO, USM). (MC, ilcd) (Entered: 12/08/2003) |
| 12/08/2003 | 8 | ORDER of Detention of Suarawu Oladejo Amuda pending trial by Mag. Judge Byron G. Cudmore (cc: all counsel, USPO, USM). (MC, ilcd) (Entered: 12/08/2003) |
| 12/19/2003 | | MINUTES: before Mag. Judge Byron G. Cudmore. Arraignment held. AUSA David Risley present on behalf of the Govt. Dft Suarawu Amuda present in custody with Federal Public Defender Karl Bryning. Dft advised of charges and penalties. Court finds dft competent. Dft waives the reading of the Indictment. Dft Suarawu Oladejo Amuda arraigned; NOT GUILTY plea entered; Attorney present; Plea accepted. Final pretrial conference set 2/2/04 at 3:30 p.m. Jury trial set 2/3/04 at 10:00 a.m. before Judge Richard Mills. Discovery to commence. Previous Order of Detention to remain in full force and effect. (cc: all counsel, USM, USPO) (MR, ilcd) (Entered: 12/22/2003) |
| 01/28/2004 | 9 | MOTION to continue final pretrial and trial by Suarawu Oladejo Amuda (MC, ilcd) (Entered: 01/28/2004) |
| 01/30/2004 | 10 | ORDER by Judge Richard Mills MAKING INTEREST OF JUSTICE FINDING granting motion to continue final pretrial and trial [9-1]. Final pretrial conference reset for 4/5/04 at 3:00 p.m. Jury trial reset for April 6, 2004 at 10:00 a.m. (cc: all counsel, USPO,USM) (MC, ilcd) (Entered: 01/30/2004) |
| 03/21/2004 | | MINUTES: before Judge Richard Mills. Defense counsel has informed the Court that Defendant Suarawu Amuda intends to plead guilty. In light of this, the case is referred to United States Magistrate Judge Byron G. Cudmore so that he may hold a change of plea hearing. The parties are directed to contact Judge Cudmore's chambers by March 25, 2004 to schedule a hearing date. The final pretrial conference and trial are CANCELLED in anticipation of the Defendant's plea. (cc: all counsel, USPO, USM) (MC, ilcd) (Entered: 03/21/2004) |
| 03/25/2004 | | MINUTES: before Mag. Judge Byron G. Cudmore change of plea hearing set for Monday, 3/29/04 at 2:00 p.m. before Judge Cudmore. (cc: all counsel, USPO, USM) (MC, ilcd) (Entered: 03/26/2004) |
| 03/29/2004 | 11 | Information Regarding PRIOR Felony Drug Conviction by USA as to defendant Suarawu Oladejo Amuda (CC, ilcd) (Entered: 03/30/2004) |
| 03/29/2004 | | MINUTES: before Mag. Judge Byron G. Cudmore. CHANGE OF PLEA hearing for Defendant Suarawu Oladejo Amuda. AUSA David Risley |

| | | |
|---|---|---|
| | | present on behalf of government. Defendant present in custody and with his attorney, Douglas Beevers. Parties acknowledge filing of written consent to proceed with plea before US Magistrate Judge. Defendant sworn, examined by Court, and found competent to enter a knowing plea. Defendant advised of rights, charges and penalties. Open plea discussed and entered of record. Defendant Suarawu Oladejo Amuda enters open guilty plea to Counts 1, 2 and 3 of the Indictment. Court accepts each guilty plea. Report and Recommendation to be entered recommending the District Judge to enter Judgment on plea of guilty. Presentence report ordered. Sentencing hearing scheduled for 7/19/04 at 4:00 p.m. before Judge Richard Mills. Previous Order of Detention to remain in full force and effect. Defendant remanded to the custody of the US Marshal. (cc: all counsel, USPO, USM) (CC, ilcd) (Entered: 03/30/2004) |
| 03/29/2004 | 12 | Notice Regarding Entry of a Plea and Signed Consent, filed by defendant Suarawu Oladejo Amuda and USA. (cc: all counsel, USPO, USM) (CC, ilcd) (Entered: 03/30/2004) |
| 03/29/2004 | 13 | Report and Recommendation by Mag. Judge Byron G. Cudmore Concerning Plea of Guilty by defendant Suarawu Oladejo Amuda to Counts 1, 2 and 3. (cc: all counsel, USPO, USM) (CC, ilcd) (Entered: 03/30/2004) |
| 03/29/2004 | 14 | ORDER on Implementation of Sentencing Guidelines by Mag. Judge Byron G. Cudmore (cc: all counsel, USPO, USM) (CC, ilcd) (Entered: 03/30/2004) |
| 03/29/2004 | 15 | SEALED document by plaintiff USA (CC, ilcd) (Entered: 03/30/2004) |
| 05/05/2004 | 16 | Acceptance of Plea of Guilty, Adjudication of Guilt, and Notice of Sentencing by Judge Richard Mills . Sentencing hearing set for 4:00 7/19/04 for Suarawu Oladejo Amuda . (cc: all counsel) (GU, ilcd) (Entered: 05/05/2004) |
| 05/05/2004 | | ~~Docket Modification (Utility Event) Miscellaneous deadline satisfied (GU, ilcd) (Entered: 05/05/2004)~~ |
| 06/30/2004 | 17 | MOTION to continue sentencing by USA as to Suarawu Oladejo Amuda (MC, ilcd) (Entered: 06/30/2004) |
| 07/14/2004 | | TEXT ORDER granting [17] Motion to Continue as to Suarawu Oladejo Amuda (1). The parties need additional time to consider what impact Blakely v Washington, 2004 WL 1402697 (S.Ct. June 24, 2004) will have on this sentencing. The Court CANCELS the existing sentencing date and CONTINUES the sentencing hearing to August 23, 2004 at 1:30 PM before Judge Richard Mills.. Entered by Judge Richard Mills on 7/9/04. (BR, ilcd) (Entered: 07/14/2004) |
| 08/10/2004 | 18 | Notice of Withdrawl of Objections 3, 4 and 5 and MOTION For Downward Adjustment in Criminal History by Suarawu Oladejo Amuda. (GU, ilcd) (Entered: 08/11/2004) |
| 08/19/2004 | 19 | MOTION to Continue Sentencing Hearing by Suarawu Oladejo Amuda. |

| | | |
|---|---|---|
| | | (CT, ilcd) (Entered: 08/19/2004) |
| 08/19/2004 | ●20 | MOTION to Continue 8/23/04 Sentencing Hearing by USA as to Suarawu Oladejo Amuda. (MR, ilcd) (Entered: 08/19/2004) |
| 08/20/2004 | ●21 | TEXT ORDER granting Motion to Continue as to Suarawu Oladejo Amuda [19][20]. Sentencing set for 12/13/2004 at 03:30 PM in Courtroom 2 before Judge Richard Mills. Entered by Judge Richard Mills on 8/20/04. (MC, ilcd) (Entered: 08/24/2004) |
| 08/26/2004 | ● | TEXT ORDER : By Judge Richard Mills. The Defendant's December13, 2004, Sentencing Hearing is RESCHEDULED from 3:30 P.M. to3:00 P.M. in Courtroom 2 as to dft Suarawu Oladejo Amuda. Entered by Judge Richard Mills on 8/26/04. (cc: all counsel, USM, USPO) (MR, ilcd) (Entered: 08/27/2004) |
| 11/10/2004 | ● | TEXT ORDER: The Defendant's sentencing hearing set for December 13, 2004 ishereby RESCHEDULED for December 14, 2004 at 4:15 p.m. Entered by Judge Richard Mills on 11/10/04. (CT, ilcd) (Entered: 11/10/2004) |
| 12/03/2004 | ●22 | MOTION to Continue *Sentencing Hearing* by Suarawu Oladejo Amuda. (Beevers, Douglas) (Entered: 12/03/2004) |
| 12/09/2004 | ● | TEXT ORDER By Judge Richard Mills. The Court now considersDefense Counsel's Motion to Continue Defendant's December 13, 2004,Sentencing Hearing. See d/e 22. As there is no objection to acontinuance, the motion is ALLOWED. The Sentencing Hearing isRESCHEDULED for January 3, 2005, at 2:00 P.M. Entered by Judge Richard Mills on 12/9/04. (MC, ilcd) (Entered: 12/09/2004) |
| 12/09/2004 | ● | Set/Reset Deadlines/Hearings as to Suarawu Oladejo Amuda : Sentencing set for 1/3/2005 at 02:00 PM in Courtroom 2 before Judge Richard Mills. (MC, ilcd) (Entered: 12/09/2004) |
| 12/30/2004 | ●23 | Joint MOTION to Continue *Sentencing* by USA as to Suarawu Oladejo Amuda. (Risley, David) (Entered: 12/30/2004) |
| 01/04/2005 | ● | TEXT ORDER: By Judge Richard Mills. The Court now considers theparties' Joint Motion to Continue Sentencing Hearing. See d/e 23. Themotion is ALLOWED. At the parties' request, the Court CANCELS theexisting hearing date and RESCHEDULES the Sentencing Hearing toFebruary 21, 2005, at 2:00 p.m. Entered by Judge Richard Mills on 1/3/05. (MC, ilcd) (Entered: 01/04/2005) |
| 02/01/2005 | ● | TEXT ORDER: By Judge Richard Mills. The Court RESCHEDULESthe Sentencing Hearing to February 28, 2005, at 4:00 p.m. (Clerk to c.c.all parties) (CT, ilcd) (Entered: 02/02/2005) |
| 02/16/2005 | ●24 | MOTION to Continue *Sentencing Hearing* by Suarawu Oladejo Amuda. (Beevers, Douglas) (Entered: 02/16/2005) |
| 02/24/2005 | ●25 | ORDER granting 24 Motion to Continue as to Suarawu Oladejo Amuda (1)Sentencing set for 3/14/2005 04:00 PM in Courtroom 2 before Judge |

| | | |
|---|---|---|
| | | Richard Mills. Entered by Judge Richard Mills on 2/23/2005. (CT, ilcd) (Entered: 02/24/2005) |
| 03/09/2005 | 26 | MOTION to Continue by Suarawu Oladejo Amuda. (Beevers, Douglas) (Entered: 03/09/2005) |
| 03/10/2005 | 27 | ORDER granting 26 Motion to Continue as to Suarawu Oladejo Amuda (1). Sentencing hearing is rescheduled for April 4,2005 at 1:00 p.m.. Entered by Judge Richard Mills on 3/9/05. (MC, ilcd) (Entered: 03/10/2005) |
| 03/10/2005 | | Set/Reset Deadlines/Hearings as to Suarawu Oladejo Amuda: Sentencing set for 4/4/2005 at 01:00 PM in Courtroom 2 before Judge Richard Mills. (MC, ilcd) (Entered: 03/10/2005) |
| 03/11/2005 | | TEXT ORDER by Judge Richard Mills: The Sentencing Hearing set forApril 4, 2005, is RESCHEDULED from 1:00 p.m. to 1:30 p.m. that sameday.. Entered by Judge Richard Mills on 3/11/05. (MC, ilcd) (Entered: 03/11/2005) |
| 03/30/2005 | 28 | MOTION to Continue *Sentencing* by Suarawu Oladejo Amuda. (Beevers, Douglas) (Entered: 03/30/2005) |
| 03/31/2005 | 29 | ORDER granting 28 Motion to Continue sentencing as to Suarawu Oladejo Amuda (1). Entered by Judge Richard Mills on 3/31/05. (MC, ilcd) (Entered: 03/31/2005) |
| 03/31/2005 | | Set/Reset Deadlines/Hearings as to Suarawu Oladejo Amuda: Sentencing set for 5/16/2005 at 01:30 PM in Courtroom 2 before Judge Richard Mills. (MC, ilcd) (Entered: 03/31/2005) |
| 04/05/2005 | 30 | Letter from Amuda to Court. (MC, ilcd) (Entered: 04/05/2005) |
| 04/07/2005 | 31 | ORDER as to Suarawu Oladejo Amuda re 30 Letter . Entered by Judge Richard Mills on 4/6/05. (MC, ilcd) (Entered: 04/07/2005) |
| 04/07/2005 | | *** Chambers Notes as to Suarawu Oladejo Amuda : 4/7/05 order sent to Defendant Amuda at the Sangamon County Jail. (MC, ilcd) (Entered: 04/07/2005) |
| 04/13/2005 | 32 | SENTENCING MEMORANDUM by Suarawu Oladejo Amuda (Attachments: # 1 Exhibit A)(Beevers, Douglas) (Entered: 04/13/2005) |
| 05/12/2005 | 33 | SENTENCING MEMORANDUM by USA as to Suarawu Oladejo Amuda (Risley, David) (Entered: 05/12/2005) |
| 05/16/2005 | | Minute Entry for proceedings held before Judge Richard Mills : Sentencing held on 5/16/2005 for Suarawu Oladejo Amuda (1), 1, 2, 3. AUSA Risley present on behalf of government. Defendant present with Attorney Douglas Beevers. Presentence report received by all parties. After all objections either being resolved, withdrawn or jointly agreed to, Court adopts Joint Commentary. Arguments of counsel heard. Defendant given right of allocution and addresses Court. Court sentences Defendant Amuda. Defendant sentenced to 120 months Imprisonment on Counts 1 |

| | | |
|---|---|---|
| | | and 2 and 130 months Imprisonment on Count 3 to run concurrently; 3 years supervised release on Counts 1 and 2 and 8 years supervised release on Count 3 to run concurrently and a $300 special assessment. Defendant remanded to the custody of the US Marshal. (Court Reporter Capitol.) (MC, ilcd) (Entered: 05/17/2005) |
| 05/17/2005 | 34 | +++ **PRESENTENCE INVESTIGATION REPORT** as to Suarawu Oladejo Amuda (MC, ilcd) (Entered: 05/17/2005) |
| 05/17/2005 | 35 | +++ **SENTENCING RECOMMENDATION** as to Suarawu Oladejo Amuda, Suarawu Oladejo Amuda. (MC, ilcd) (Entered: 05/17/2005) |
| 05/17/2005 | 36 | SENTENCING ORDER as to Suarawu Oladejo Amuda . Entered by Judge Richard Mills on 5/17/05. (MC, ilcd) (Entered: 05/17/2005) |
| 05/20/2005 | 37 | JUDGMENT as to Suarawu Oladejo Amuda (1), 1, 2, 3, Defendant sentenced to 120 months Imprisonment on Counts 1 and 2 and 130 months Imprisonment on Count 3 to run concurrently; 3 years supervised release on Counts 1 and 2 and 8 years supervised release on Count 3 to run concurrently and a $300 special assessment. . Entered by Judge Richard Mills on 5/19/2005. (MC, ilcd) (Entered: 05/20/2005) |
| 05/20/2005 | 38 | +++ **STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Suarawu Oladejo Amuda (MC, ilcd) (Entered: 05/20/2005) |
| 05/27/2005 | 39 | NOTICE OF APPEAL by Suarawu Oladejo Amuda (Beevers, Douglas) (Entered: 05/27/2005) |
| 05/27/2005 | 40 | JURISDICTIONAL STATEMENT by Suarawu Oladejo Amuda re 39 Notice of Appeal - Final Judgment. (Beevers, Douglas) (Entered: 05/27/2005) |
| 05/27/2005 | 41 | NOTICE *of Jurisdictional Statement* by Suarawu Oladejo Amuda re 39 Notice of Appeal - Final Judgment (Beevers, Douglas) (Entered: 05/27/2005) |
| 06/02/2005 | 42 | Short Record of Appeal as to Suarawu Oladejo Amuda sent to US Court of Appeals re 39 Notice of Appeal - Final Judgment (MC, ilcd) (Entered: 06/02/2005) |
| 06/08/2005 | 43 | Notice of USCA Case Number as to Suarawu Oladejo Amuda 05-2612 for 39 Notice of Appeal - Final Judgment filed by Suarawu Oladejo Amuda,. (BR, ilcd) (Entered: 06/08/2005) |
| 06/24/2005 | 44 | Judgment Returned Executed as to Suarawu Oladejo Amuda on 6/17/05. (MR, ilcd) (Entered: 06/27/2005) |
| 06/27/2005 | 45 | TRANSCRIPT of Sentencing Proceedings as to Suarawu Oladejo Amuda held on 5/16/05 before Judge Richard Mills. Court Reporter: S.F. Capitol Reporting Service. (MR, ilcd) (Entered: 06/29/2005) |
| 07/11/2005 | 46 | Request from USCA for Long Record re 39 Notice of Appeal - Final Judgment. (MC, ilcd) (Entered: 07/14/2005) |