

**E-FILED**
Wednesday, 27 July, 2005 09:48:34 AM
Clerk, U.S. District Court, ILCD

FILED
JUL 2 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

### OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

July 15, 2005

TEL: 217.492.4020
FAX: 217.492.4028

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN: ERIC FROST

U.S.C.A. – 7th Circuit
F I L E D

JUL 1 8 2005  SK

GINO J. AGNELLO
CLERK

**05-2612**

1881320-1

RE: USA v. Suarawu Oladejo Amuda
D. C. Docket No. 03-30114
U. S. C. A. Docket No. 05-2612

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

ONE Volume of Pleadings
ONE Volume of Transcripts
Other (specify): FOUR (4) Sealed Documents

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY   s/John M. Waters

Deputy Clerk

U.S.C.A. – 7th Circuit
R E C E I V E D

JUL 1 8 2005  JC

GINO J. AGNELLO
CLERK