FILED 03-30114
OCT 0 5 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Friday, 07 October, 2005 01:09:57 PM
Clerk, U.S. District Court, ILCD

Sept. 22, 2005

To: Clerk of the Court
United States Court of Appeals
219 South Dearborn Street, Room 2722
Chicago, Illinois 60604

To: whomever it may concern'

I'm an appellant in a case that is now pending in this court. Appellant case No. 05-2612. My name is Suarawu Oladejo Amuda. I'm writing in regards to raise points showing why my conviction and sentence should be set aside. Most importantly I feel that the time I recieved for the victimless and non-violent crimes I've been convicted of and sentenced to are extremely unfair. Also what is vaguely unfair is the 100 to 1 cocaine base "Crack" to cocaine disparity.

However the 3 biggests issue's I would like to address are as follow.

1. I plead guilty to manufacture and delivery of 5 or more grams of a cocaine base known as "Crack". Resulting in a agreement with the government to set me at a level 30. Meaning the total cocaine base known as "Crack", I manufactured and delivered was more than 35 grams but less than 50 grams. I actually sold the C/I ruffly 4 grams of cocaine, that was turned into ruffly 5.3 grams of assumable smokable cocaine. The government came down

from approximately 1005.3 grams of relevant conduct to more than 35 grams but less than 50 grams of the assumed cocaine base known as "Crack" to validate a plea agreement. This is a 95% disbelief of the credability of the governments witness, by the government to my relevant conduct. Do to the U.S. vs Edwards decision, I feel that the extra unfactual 43.7 grams of relevant conduct also known as ghost dope. I've been convicted of and sentenced to, can't be proven that it is the cocaine base known as "Crack", based on the witness errotic statments.

I also feel I could be looking at a greatly lesser amount of time, if it is proven that I sold him cocaine, but, he corroborated a propulsive scheme to cook the cocaine into a smokable form in order to intensify my punishment for the crime I had allready committed. Resulting in him receiving a highly lenient sentence for whatever his criminal activities consisted off.

2. I have an objection issue to my plea of guilt to the charges and convictions of Felon in possession of a firearm and illegal Possession of a Machine Gun. I believe my 14th Amendment and 5th Amendment rights were violated, concerning issue's such as Fruits of a Poisonous tree, and coercive police tactics, that resulted in over powering my free will to make decisions. Leaving me with no options or choice's and forcing me to make involuntary statements and corroborated falseified confession's. In the beginning

I played ~~something~~ some what of a migating role in these offense's. During my custodial interrogation I provided authorities with my eye witnessed detailed news of the events and criminal activitys that were unfolding around me. I defensively participated in a constructive possession of weapons. However this contradictees me to a crime I was never aware of committing. Basically me being around weapons that I have no ownership or domain over, but only the awareness of the role's and motive's of the possible character's that had ownership and domain of the weapons. This resulted in an unfair conviction and sentence.

3. My last issue that I would like to object to deals with the Probation department. I feel that there needs to be major multiple corrections in my psr. The most important being that my criminal history category is wrong, Based on the double counting of my prior convictions. I feel that I should be in a category 4 and not 5. Also I was given a 2 level enhancement decision for possession of weapons/firearms. The U.S. vs Booker/fanfan has something to do with this issue I believe. There is also many overboard obstructive summarys, and incorrect info or data, that has nothing to do with my charge's or conviction. I believe they were put there to make me be characterized as an extremely dangerous individual who cannot be obediant to this governed society.

Out of all this, the most diabolic issue is how my court appointed counsel acted vigorously in a disguised manner to devastate my struggle to strive for any salvation in my case. He was extremely discouraging and confusing. He had been everything less than poor in his research efforts and investigation into my case. He failed to bring to my attention and keep me abreast of the most recent legal decisions that could of assisted me. He failed to thoroughly research and well present any pleadings in court. Such as any pretrial, and sentencing motions, and evidence necessary to support those motions. Also motions to correct PSR and motions for modifications of sentence. He failed to get in touch with critical witnesses and interview them. He did an extreme poor job in researching and attacking all my legal issues. He was never 100% with the issue's I opposed or objected, and he made many devious statement's and behaviors that suggested there was some sort of conflict of interest. For example: At one point of time he coerced me and lead me to believe that if I didn't take a plea agreement I would be slammed with 360 months to life for perjury. Later I felt I was never ready and willing to receive my plea agreement. I stressed this with my counsel, briefly a few times before court and he replied its to late to turn back.

My public defender never secured me promptly as a professional counsel and had deceiving

integrity as he acted frivolous toward all the aspects of my case setting me up for failure. I feel that various misrepresentations were made to me in order to induce me to enter a guilty plea and settle for a plea agreement that I feel is not appropriate. Because of the ineffectiveness of my court appointed counsel and his coercive tactics. I was unable to make sound of my objections, and experianced shock and confusion from my counsel abusing me mentally. As I have a slow diffcultly understanding mental disorder (ADD) He took advantage of my mental disorder and further abused me mentally.

Thank You for your most considerate time

Yours truly

*[signature]*

Soarawu Amuda