# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE:   January 5, 2006

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        151 U.S. Courthouse
        600 E. Monroe Street
        United States Courthouse & Federal Building
        Springfield, IL  62701

FROM:   Gino J. Agnello, Clerk

RE:     05-2612
        USA v. Amuda, Suarawu O
        03 CR 30114, Richard Mills, Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any.  A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[ ] No record filed
[X] Original record on appeal consisting of:

**ENCLOSED:**                                          **TO BE RETURNED AT LATER DATE:**
   [1]     Volumes of pleadings                          [ ]
   [ ]     Volumes of loose pleadings                    [ ]
   [1]     Volumes of transcripts                        [ ]
   [ ]     Volumes of exhibits                           [ ]
   [ ]     Volumes of depositions                        [ ]
   [4]     In Camera material                            [ ]
   [ ]     Other_____             [ ]

           Record being retained for use                 [ ]
           in Appeal No. _____

Copies of this notice sent to:         Counsel of record
[X]     United States Marshal
[X]     United States Probation Office

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice.  Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: __1-10-06__                               s/M. Cooke
(1071-120397)                          _____
                                       Deputy Clerk, U.S. District Court

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

JUDGMENT- WITHOUT ORAL ARGUMENT

Date: December 14, 2005

BEFORE:   Honorable RICHARD A. POSNER, Circuit Judge

Honorable ANN CLAIRE WILLIAMS, Circuit Judge

Honorable DIANE S. SYKES, Circuit Judge

No. 05-2612

UNITED STATES OF AMERICA,
          Plaintiff - Appellee
   v.

SUARAWU O. AMUDA,
          Defendant - Appellant

Appeal from the United States District Court for the
Central District of Illinois
No. 03 CR 30114, Richard Mills, Judge

   We GRANT counsel's motion to withdraw and DISMISS the appeal.

   The above is in accordance with the decision of this court entered on this date.

(1060-110393)

CERTIFIED COPY
A True Copy:
Teste:

Clerk of the United States
Court of Appeals for the
Seventh Circuit.

**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

CERTIFIED COPY

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted December 13, 2005
Decided December 14, 2005

Before

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 05-2612

| | |
|---|---|
| UNITED STATES of AMERICA, *Plaintiff-Appellee,* | Appeal from the United States District Court for the Central District of Illinois |
| *v.* | No. 03-30114-001 |
| SUARAWU AMUDA, *Defendant-Appellant.* | Richard Mills, Judge. |

### ORDER

Suarawu Amuda entered an open guilty plea to possession of a machinegun, 18 U.S.C. § 922(o); possession of a firearm by a felon, *id.* § 922(g)(1); and distribution of crack cocaine, 21 U.S.C. § 841(a)(1). The district court imposed concurrent sentences of 120 months' imprisonment and three years' supervised release for the gun charges and 130 months' imprisonment and eight years' supervised release for the drug charge. Amuda filed a notice of appeal, but his attorney now seeks to withdraw under *Anders v. California,* 386 U.S. 738 (1967), because he is unable to find a nonfrivolous issue for appeal. Amuda received a copy of counsel's motion, *see* Cir. R. 51(b), and has responded. We limit our review of the record to those potential issues identified in counsel's facially adequate brief, *see United States v. Tabb,* 125 F.3d 583, 584 (7th Cir. 1997) (per curiam), and in Amuda's submissions.

No. 05-2612                                                                                           Page 3

Finally, Amuda suggests that trial counsel rendered ineffective assistance, but his claims about counsel's performance are better saved for a proceeding under 28 U.S.C. § 2255 when the necessary factual predicate can be developed. *See Massaro v. United States*, 538 U.S. 500, 504 (2003); *United States v. Turcotte*, 405 F.3d 515, 537 (7th Cir. 2005).

Accordingly, we GRANT counsel's motion to withdraw and DISMISS the appeal.