UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 03-30114 |
| ) | |
| SUARAWU AMUDA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

RICHARD MILLS, U.S. District Judge

Defendant Suarawu Amuda has filed a Motion for Rehearing En Banc (d/e 52) and a Motion to Recall Mandate (d/e 53). Both motions ask for relief that can only be provided by the United States Court of Appeals for the Seventh Circuit. Accordingly, this Court does not have jurisdiction to consider Amuda's motions.

ERGO, the Court directs the Clerk's Office to forward Defendant Amuda's Motion for Rehearing En Banc (d/e 52) and Motion to Recall Mandate (d/e 53) to the United States Court of Appeals for the Seventh Circuit.

IT IS SO ORDERED.

ENTER: January 17, 2006

FOR THE COURT:

                                              s/ Richard Mills
                                              United States District Judge