Febuary 25, 2008

Svarawu Amuda 14175-026
Federal Correctional Complex (USP,
P.O. Box #33
Terre Haute, IN 47808-0033

To: Office of the Clerk
United States District Court
for the Central District of Illinois
Springfield Division
151 US Courthouse
600 East Monroe Street
Springfield, IL 62701

My name is Svarawu O. Amuda Jr.. I pleaded guilty to weapon (firearm), and drug (crack) charges and agreed to a Joint plea agreement for 120 months for the weapons charges and 130 months for the drug charges running con-current.

My questions are Am I eligible to recieve the two levels off? If so how do I go about receiving the levels off? Who do I write and in what format do I write to them to receive what I'm requesting for?

I am currently in the SHU (Segregated Housing Unit) so my legal resources & material is limited. Therefore I'm Courteously & Respectfully requesting if you would assist me by sending me all available information your Office has to offer

Thank You for your concerns

Respectfully Submitted
Svarawu Amuda