IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff.<br><br>v.<br><br>SUARAWU O. AMUDA,<br><br>Defendant. | No. 03CR30114<br>Hon. Richard Mills<br>United States District Judge,<br>Presiding |

**AMENDED MOTION TO REDUCE SENTENCE**

NOW COMES the Defendant, SUARAWU O. AMUDA, by his court-appointed undersigned attorneys, Richard H. Parsons, Federal Public Defender for the Central District of Illinois and Jonathan E. Hawley, First Assistant Federal Public Defender, moving this Honorable Court pursuant to 18 U.S.C. § 3582(c)(2) for an order reducing the defendant's term of imprisonment, and in support thereof states the following:

    1.    The Defendant pleaded guilty on March 29, 2004, to one count of distribution of 5 or more grams of cocaine base ("crack") in violation of 21 U.S.C. § 841(a)(1) (Count 3); one count of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g) (Count 2); and one count of illegal possession of a machine gun in violation of 18 U.S.C. § 922(o)(1).

    2.    Count 3 carried a statutory mandatory minimum penalty of 10 years and Counts 1 and 2 carried no mandatory minimum penalty.

    3.    At sentencing, the defendant's guideline range was determined as follows: First, his firearms offenses were grouped (Group I). The Base Offense Level for this Group was 22. A

2-level upward adjustment for the number of firearms applied, for an Adjusted Offense Level of 24 for the group.  The drug offense was placed in its own group (Group II).  Because the Defendant was held accountable for between 35 to 50 grams of crack cocaine, his Base Offense Level for this Group was 30.  No adjustments were made to the Base Offense Level for this Group, resulting in an Adjusted Offense Level of 30.  Applying the Multiple Count Adjustments Pursuant to U.S.S.G. § 3D1.4, Group I was assigned ½ unit and Group II was assigned 1 unit.  With 1 ½ units, the guidelines required the Group with the highest offense level (Group II), to be increased by 1 level, resulting in a Combined Offense Level of 31.  With a final 3-level downward adjustment for acceptance of responsibility, the Defendant's Total Offense Level was 28.  With a Criminal History Category of V, his guideline range was 130 to 162 months.

4. This court sentenced the defendant to 120 months on Counts 1 and 2 and sentenced the defendant to 130 months on Count 3, the bottom of the range.

5. Under Amendment #706 to the United States Sentencing Guidelines as made retroactive by Amendment #711, the Defendant's Base Offense Level for the drug offense is now 28.  With this lowered Base Offense Level for the drug offense (Group II), the Defendant's sentence is now determined as follows: First, the firearm counts are again grouped together (Group I) resulting in the same Adjusted Offense Level of 24.  For the drug offense (Group II), the Adjusted Offense Level for the Group is now 28 instead of 30.  Assigning units to each Group results in Group I receiving 1 unit and Group II receiving 1 unit.  Two units results in an increase in the highest Adjusted Offense Level by two levels, resulting in a Combined Offense Level of 30.  Applying the same 3-level reduction for acceptance of responsibility yields a Total Offense Level of 27.  With the same Criminal History Category of V, the Defendant's **new guideline range is 120 to 150 months.**

6.  The Defendant's current release date as calculated by the Bureau of Prisons is May 12, 2013.

7.  Undersigned counsel is aware of no institutional adjustment or public safety factors which would warrant denial of this motion.

8.  The United States Attorney's Office and the United States Probation Office have no objection to this motion.

WHEREFORE, the Defendant, SUARAWU O. AMUDA, respectfully requests that this Honorable Court GRANT the Defendant's motion to reduce sentence and enter an Amended Judgment and Conviction sentencing the defendant to **120 months imprisonment on Counts 1, 2, and 3, concurrently.**

SUARAWU O. AMUDA, Defendant

RICHARD H. PARSONS
Federal Public Defender

BY:   s/ Jonathan E. Hawley
_____
JONATHAN E. HAWLEY
Attorney for Defendant
First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney David Risley.

s/ Jonathan E. Hawley
_____
JONATHAN E. HAWLEY
Attorney for Defendant
First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org