Suarawu O. Amuda Jr. #14175-026
Federal Correctional Complex - USP
Post Office Box #33
Terre Haute, IN 47808-0033

May 4, 2008

To: Office of the Clerk
United States District Court for the
Central District of Ill. Springfield Div.
151 U.S. Courthouse
600 East Monroe Street
Springfield, IL 62701

FILED
MAY 07 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Office of the Clerk to whomever this may concern,
  My name is Suarawu O. Amuda Jr. Federal No: #14175-026, U.S. District Court Case No. #03-30114. I currently reside at Terre Haute, ~~~~ Federal Correctional Complex - United States Pennitentiary (TH FCC-USP)
  I write today out of concern that within a years time I will be entering the Federal Bureau of Prison's (FBOP) Residential Drug Abuse Program (R-DAP). Has I've requested a recommendation from the Honorable Judge Richard Mills, to be included to particapate in this intensive drug treatment program as part of a Joint plea agreement between the government & myself. I have the full intentions of successfully completing the program.

However the problem comes in where I had high expectations that I would be eligible to earn the 18 U.S.C § 3621 sentence reduction of upto one year, from my statutory release date. Without going into to much detail, I'm now concern I will not be eligible to receive a sentence reduction because of my possesion of firearms offense. At which was run concurrently to equal a 120 month sentence, along side of a drug offense.

My conviction of firearms possesion is a direct means of uneligiblity to receive a sentence reduction has imposed in 18 U.S.C. 3621, because it may be looked at has a current offense. However if I could have my firearms offense amended from 120 months to at least a term of 96 months of imprisonment, and my drug offense sentence, to continue to be hold the statutory mandatory minimum sentence of a term of 120 months of imprisonment. Both of which continue to run concurrently, as my present sentence term of 120 months. Than I believe upon the discretion vested upon the Director of the Federal Bureau of Prisons then can only count my sentence of my drug offense has the current offense when deciding eligiblity for a sentence reduction. Making me more likely to receive a sentence reduction after successfully completing the Residential Drug Abuse treatment Program.

In the end I respectfully ask how can I arrange to look in to drafting a motion to present to the Court. Requesting not to change my plea to my conviction. But to amend the

sentence of my firearms offense. So has to ~~suppress~~ suppress the term of imprisonment stated.

    I ask the Office of the Clerk to please direct me into finding the correct procedure & type of motion I must file with the Court in order to be heard. I thank you appreciatively for any assistance may you intend to provide to my concerns.

                              Respectfully Submitted

                              Soarawu O. Amuda Sr.
                              #14175-026